**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 01-7388**

—————

ONTERIO DIMITRI BROWN,

Petitioner - Appellant,

versus

LORETTA KELLEY,

Respondent - Appellee.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CA-01-999-AM)

—————

Submitted:  March 21, 2002       Decided:  March 27, 2002

—————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Onterio Dimitri Brown, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Onterio Dimitri Brown appeals the district court's order and order on reconsideration denying relief on his petition filed under 28 U.S.C.A. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Brown v. Kelley, No. CA-01-999-AM (E.D. Va. July 10 & Aug. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED